IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIK DANIEL RAMIREZ,**<br><br>Petitioner,<br><br>v.<br><br>**DEPARTMENT OF CORRECTIONS, CALIFORNIA,**<br><br>Respondent. | 1:17-cv-00082 LJO MJS HC<br><br>**ORDER GRANTING MOTION TO VOULINTARILY DISMISS DUPLICATIVE PETITION** |

Petitioner is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On January 9, 2017, Petitioner filed a federal petition for writ of habeas corpus in this Court. The petition was assigned case number "1:17-cv-00029 LJO JLT HC," and is currently pending before the Court. In that petition, Petitioner challenges his July 26, 2013 conviction from the Kern County Superior Court.

On January 19, 2017, an identical copy of the petition was filed and entered as a new petition for writ of habeas corpus with case number "1:17-cv-00082 LJO MJS HC." (See Pet.) On February 2, 2017, Petitioner notified the court of the two concurrent

1

actions, and inquired how to proceed. (ECF No. 11.) He inquired whether it was best to just proceed in the first action. (Id.)

"After weighing the equities of the case, the district court may exercise its discretion to dismiss a duplicative later-filed action, to stay that action pending resolution of the previously filed action, to enjoin the parties from proceeding with it, or to consolidate both actions." Adams v. California Dept. of Health Services, 487 F.3d 684, 688 (9th Cir. 2007). "Plaintiffs generally have 'no right to maintain two separate actions involving the same subject matter at the same time in the same court and against the same defendant.'" Id. (quoting Walton v. Eaton Corp., 563 F.2d 66, 70 (3d Cir. 1977) (en banc)).

Further, the Court may liberally construe Plaintiff's *pro se* pleadings, even though not procedurally appropriate. See Estelle v. Gamble, 429 U.S. 97, 106, 97 S. Ct. 285, 50 L. Ed. 2d 251 (1976) (*pro se* pleadings are liberally construed). In this case, it appears that this second action was opened in error, and Petitioner did not intent to procced in two separate actions. The Court will construe Petitioner's notice as a request to voluntarily dismiss this duplicative petition, and proceed with his first filed action.

**Order**

Petitioner's request to voluntarily dismiss the petition is GRANTED. Accordingly, good cause having been presented to the Court, IT IS HEREBY ORDERED that the petition is DISMISSED without prejudice.

IT IS SO ORDERED.

Dated:   March 15, 2017              /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE