IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ERIK DANIEL RAMIREZ,**<br><br>                              Petitioner,<br><br>       v.<br><br>**DEPARTMENT OF CORRECTIONS, CALIFORNIA,**<br><br>                              Respondent. | Case No. 1:17-cv-00082-MJS (HC)<br><br>**ORDER DENYING, AS MOOT, APPLICATION FOR ENLARGEMENT OF TIME TO FILE AN ANSWER TO THE PETITION FOR WRIT OF HABEAS CORPUS** |

Petitioner filed a petition for writ of habeas corpus with this Court on January 19, 2017. On February 9, 2017, Petitioner notified the Court that the petition was duplicative of an earlier filed petition. On March 15, 2017, the Court construed the notice as a request to voluntarily dismiss the petition in light of the earlier filed action and dismissed the petition without prejudice. On the same date, Respondent filed a request for extension of time to respond to the petition.

///

///

///

As the petition has been dismissed, the matter is closed and the application for enlargement of time to respond is DENIED as moot.

IT IS SO ORDERED.

Dated:   March 20, 2017                         /s/ *Michael J. Seng*
                                                                UNITED STATES MAGISTRATE JUDGE

2

Order (Case #1:17-cv-00082-MJS (HC))